# EXHIBIT A



# CITY OF RACINE
## PARKS, RECREATION AND CULTURAL SERVICES DEPARTMENT

800 Center Street, Room 127, Racine, WI 53403 (262)636-9131

## COMMUNITY CENTER RENTAL REQUEST FORM

Print Form

* PRCS accepts cash, MasterCard, VISA or money order only for payment of all community center rental fees and permits.
* All necessary rental forms, permits and payments must be completed, signed & submitted no later one full week prior to requested event.
* Two (2) hour minimum rental Monday-Thursday. Four (4) hour minimum rental Friday-Sunday.
* An approved permit is only valid if is accompanied by a paid receipt.

Today's Date: **8/2/19**     Community Center Requested: LAKEVIEW

Date(s) of Reservation: 8/15/19 - 10/15/19     Time Start/End: All Day

Purpose of Reservation: Lantern Festival at the Racine Zoo     Expected Attendance: 30

Renter's Name: Beth Heidorn     Organization (if any): Racine Zoo

Street Address: 200 Goold Street     City: Racine     St: WI     Zip: 53402

Email Address: bheidorn@racinezoo.org     Telephone #: 262-636-9291

Alternate Contact Name: Chelsea Locke     Alternate Contact Telephone #: 239-595-4962

| Question | Yes/No | Question | Yes/No |
|---|---|---|---|
| Will admission be charged? | ☐ Yes ☒ No | Will donations be solicited? | ☐ Yes ☒ No |
| Will food or merchandise be sold? | ☐ Yes ☒ No | Is this a sporting event? | ☐ Yes ☒ No |
| Will malt beverages be sold? | ☐ Yes ☒ No | Will tables & chairs be needed? | ☐ Yes ☐ No |
| Will malt beverages be consumed? | ☐ Yes ☒ No | Chairs #___ Tables #___ | |

Other set up requests:

**\*PLEASE COMPLETE SET UP ARRANGEMENT FORM ON THE REVERSE SIDE**

### PLEASE NOTE:
*Consumption of malt beverages at all PRCS Community Centers requires the purchase of a Malt Beverage Permit and payment of a special usage fee.

*Two (2) off-duty Racine Police Officers per 75 guests are required at any event where alcohol beverages are present. Off-duty Racine Police Officers may be required at any events at the discretion of the Community Center Supervisor. Names of police officers and telephone numbers must be submitted one week prior to the event. The payment of the cost of providing off-duty Racine Police Officers is the responsibility of the renter.

☐ Off duty Racine Police Officers required.

### RENTAL AGREEMENT

In consideration of the mutual covenants herein agreed to, sponsoring agency or private group hereby agrees to indemnify and hold harmless the city of Racine, its departments, officers, agents and employees for any costs, damages, expenses or liability for personal injuries, death or property damage arising out of the sponsoring agency or private group's use of the community center.

* The Community Center is not responsible for lost or stolen articles.
* Due to unforeseen circumstances, cancellation may occur up to 24 hours prior to scheduled activity.
* Sponsoring agency or private group agrees to provide an adequate number of chaperones.
* Sponsoring agency or private group agrees to pay security deposit fee by MasterCard, Visa, cash or money order no later than one week prior to event; deposit fee will be returned to payee via check no less than two weeks after the event has concluded provided the rented area is clean and undamaged.
* **Sponsoring agency or private group must provide the required number of off-duty Racine Police Officers as applicable.**
* **Sponsoring agency or private group assumes responsibility for any and all damages done to the center &/or to its contents as well as for any and all center equipment that may come up missing during the time of the rental.**

Renter's Signature: *[signature]*     Date: 8/2/2019

Center Superviser's Signature: ____     Date: ____