# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY as subrogee of City of Racine *Plaintiff(s)* v. RACINE ZOOLOGICAL SOCIETY *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: Racine Zoological Society
c/o Joanne Dean, Registered Agent
200 Goold Street
Racine, WI, 53402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GINA M. COLLETTI, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*