AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>as subrogee of City of Racine<br><br>*Plaintiff(s)*<br>v.<br><br>RACINE ZOOLOGICAL SOCIETY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 21-cv-642 |

PROCESS SERVER _RdB_
TIME _12:20_ AM/PM DATE _06/01/21_
( ) PERSONAL  ( ) SUBSTITUTE
( ) POSTED   (X) CORPORATE

## SUMMONS IN A CIVIL ACTION

To: Racine Zoological Society
c/o Joanne Dean, Registered Agent
200 Goold Street
Racine, WI, 53402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GINA M. COLLETTI, CLERK OF COURT

Date: May 24, 2021

s/ Linda M. Zik, Deputy

*Signature of Clerk or Deputy Clerk*





UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, as subrogee of City of Racine, <br><br> Plaintiff, <br><br> v. <br><br> RACINE ZOOLOGICAL SOCIETY <br><br> Defendant. | Case No.: |

## COMPLAINT

NOW COMES THE PLAINTIFF, Fireman's Fund Insurance Company, as subrogee of the City of Racine, Wisconsin, by and through its undersigned counsel, complaining of defendant, and for its Complaint against defendant, states as follows:

## PARTIES

1. Plaintiff, Fireman's Fund Insurance Companies (hereinafter "Fireman's Fund"), is a corporation duly organized and existing under the laws of the State of California, with its principal place of business located at 225 W. Washington Street Chicago, Illinois 60606 which at all relevant times was engaged in the insurance business and was licensed to issue insurance policies in the State of Wisconsin.

2. Plaintiff's insured, the City of Racine, is a municipal corporation of the State of Wisconsin (hereinafter the "City") with its principal place of business located at 730 Washington Avenue, Racine, Wisconsin 53403.

LEGAL\52268065\2
Case 2:21-cv-00642   Filed 05/24/21   Page 1 of 7   Document 1
Case 2:21-cv-00642-PP   Filed 06/28/21   Page 2 of 10   Document 10-1

3. Defendant, Racine Zoological Society (hereinafter the "Society"), is a Wisconsin non-stock corporation duly organized and existing under the laws of the State of Wisconsin with its principal place of business located at 200 Goold Street, Racine, Wisconsin 53402.

## JURISDICTION AND VENUE

4. Jurisdiction of this court is invoked pursuant to the provisions of 28 U.S.C. § 1332 by reason of diversity of citizenship of the parties. The matter in controversy, exclusive of interests and costs, exceeds the sum of $75,000. Venue is properly laid in this district pursuant to the provisions of 28 U.S.C. § 1391.

## GENERAL ALLEGATIONS

5. At all relevant times, the City owed the real and business property known as the Lakeview Community Center located at 201 Goold Street, Racine, Wisconsin 53406 (hereinafter the "Center").

6. At all relevant times, plaintiff Fireman's Fund insured the Center.

7. On or about August 2, 2019, the Society entered into a rental agreement titled Community Center Rental Request Form (hereinafter "Rental Request Form") with the City to rent the Center for the period from August 15, 2019 through October 15, 2019. A true and correct copy of the Rental Request Form is attached hereto and incorporated herein as Exhibit A.

8. Pursuant to the terms of the Rental Request Form, the renter assumed responsibility for any and all damages done to the center and/or to its contents.

9. On or about September 11, 2019, a fire occurred at a cooking stove in the Center which was left on and unattended by a guest invited by the Society, causing a fire that spread throughout the Center (hereinafter the "Fire Loss").

2

LEGAL\52268065\2

Case 2:21-cv-00642 Filed 05/24/21 Page 2 of 7 Document 1
Case 2:21-cv-00642-PP Filed 06/28/21 Page 3 of 10 Document 10-1

10. As a result of the Fire Loss, the City sustained severe and extensive damage to its real and business property and lost income and incurred expenses to repair the damage.

11. Pursuant to the terms and conditions of the aforementioned insurance policy, Fireman's Fund made payments to the City in excess of Nine Hundred Sixty-Seven Thousand, Three Hundred Twenty-Two Dollars and Twenty-Seven Cents ($967,322.27), representing the fair and reasonable value of and/or cost to repair the damages.

12. In accordance with common law principles of equitable and legal subrogation and the terms of the insurance policy, Fireman's Fund is subrogated to the rights of the City to the extent of the payments it makes to the City in compensation for the aforementioned damages.

## COUNT 1 – NEGLIGENCE

13. Plaintiff re-alleges the foregoing paragraphs as though fully restated herein.

14. Defendant owed the City of Racine a duty to use and operate the premises of the Center in a good and safe manner, and to make sure that it was used and operated in a manner so as to protect the property from hazardous conditions that could cause fires.

15. The Fire Loss was caused by the negligence and carelessness of defendant and/or by and through its agents, servants, and/or employees, acting within the course and scope of their employments, as follows:

   a) Failure to exercise reasonable and due care in the supervision and oversight of guests or invitees, including those using and operating equipment that could cause a fire;

   b) Failure to supervise the use and/or operation of kitchen equipment in a safe and reasonable manner, including allowing and/or leaving the stove on and unattended;

3

LEGAL\522680065\2

Case 2:21-cv-00642  Filed 05/24/21  Page 3 of 7  Document 1
Case 2:21-cv-00642-PP  Filed 06/28/21  Page 4 of 10  Document 10-1

c) Failing to adequately inspect the kitchen and kitchen equipment before use and operation;

d) Failing to employ agents, servants and/or employees with proper certification, knowledge, training and experience to operate kitchen equipment safely;

e) Failing to ensure invitees or guests possessed the proper certification, knowledge, training and experience to operate kitchen equipment safely;

f) Failing to properly train, oversee and supervise its agents, servants, guests, invitees and/or and other persons who used or accessed the kitchen;

g) Failing to ensure invitees or guests are properly trained who used or accessed the kitchen and steps to take in the event of a fire hazard;

h) Failing to take adequate and necessary precautions to prevent a fire from originating in the premises;

i) Failing to ensure that proper and reasonable safety precautions and equipment were in place, including fire extinguisher(s);

j) Allowing a fire hazard to exist within its leased premises;

k) Otherwise failing to use due care under the circumstances.

16. As a direct and proximate result of defendant's negligence and carelessness, its agents, servants and/or employees acting within the scope of their employment, the City sustained severe and extensive damages.

17. In accordance with the terms of the Policy, Fireman's Fund made payments to the City for its aforesaid damages, and is therefore subrogated to the right of recovery to the extent of the payments made.

4

LEGAL\52268065\2

Case 2:21-cv-00642   Filed 05/24/21   Page 4 of 7   Document 1
Case 2:21-cv-00642-PP   Filed 06/28/21   Page 5 of 10   Document 10-1

THEREFORE, Plaintiff Fireman's Fund, as subrogee of the City of Racine, hereby demands judgment in its favor against Defendant Racine Zoological Society, in an amount of $967,322.27, together with interest, the cost of this action, attorney's fees, and such other relief as this Court deems just and proper.

## COUNT 2 – BREACH OF CONTRACT

18. Plaintiff re-alleges the foregoing paragraphs as though fully restated herein.

19. Prior to the Fire Loss, the City and the Society entered into the Rental Request Form. *See* Exhibit A.

20. The Society, by an through its agents, servants and/or employees, breached the aforementioned contract by committing one or more of the following acts and/or omissions:

   a) Failure to exercise reasonable and due care in the supervision and oversight of guests or invitees, including those using and operating equipment that could cause a fire;

   b) Failure to supervise, use and/or operate kitchen equipment in a safe and reasonable manner, including allowing and/or leaving the stove on and unattended;

   c) Failing to adequately inspect the kitchen and kitchen equipment before use and operation;

   d) Failing to employ agents, servants and/or employees with proper certification, knowledge, training and experience to operate kitchen equipment safely;

   e) Failing to ensure invitees or guests possessed the proper certification, knowledge, training and experience to operate kitchen equipment safely;

5

LEGAL\52268065\2

Case 2:21-cv-00642   Filed 05/24/21   Page 5 of 7   Document 1
Case 2:21-cv-00642-PP   Filed 06/28/21   Page 6 of 10   Document 10-1

f) Failing to properly train, oversee and supervise its agents, servants, guests, invitees and/or and other persons who used or accessed the kitchen;

g) Failing to ensure invitees or guests are properly trained who used or accessed the kitchen and steps to take in the event of a fire hazard;

h) Failing to take adequate and necessary precautions to prevent a fire from originating in the premises;

i) Failing to ensure that proper and reasonable safety precautions and equipment were in place, including fire extinguisher(s);

j) Allowing a fire hazard to exist within its leased premises;

k) Otherwise failing to use due care under the circumstances.

21. By and through the Society's breach of contract, the City sustained damages in the amount of $967,322.27.

22. In accordance with the terms of the Policy, Fireman's Fund made payments to the City for its aforesaid damages, and is therefore subrogated to the right of recovery to the extent of the payments made.

THEREFORE, Plaintiff Fireman's Fund hereby demands judgment in its favor against Defendant, in an amount in excess of $967,322.27, together with interest, the cost of this action, attorney's fees, and other such relief as this Court deems just and proper.

### Jury Demand

Plaintiff demands a trial by jury of this matter.

6

LEGAL\52268065\2

Case 2:21-cv-00642   Filed 05/24/21   Page 6 of 7   Document 1
Case 2:21-cv-00642-PP   Filed 06/28/21   Page 7 of 10   Document 10-1

Respectfully Submitted,

FIREMAN'S FUND INSURANCE COMPANY
as subrogee of City of Racine

By: /s/Philip T. Carroll
Philip T. Carroll
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Phone: (312) 382-3147
Fax: (312) 382-3180
pcarroll@cozen.com

7

LEGAL\52268065\2

Case 2:21-cv-00642   Filed 05/24/21   Page 7 of 7   Document 1
Case 2:21-cv-00642-PP   Filed 06/28/21   Page 8 of 10   Document 10-1

# EXHIBIT A

RECEIVED 9-12-19



# CITY OF RACINE
## PARKS, RECREATION AND CULTURAL SERVICES DEPARTMENT
800 Center Street, Room 127, Racine, WI 53403 (262)636-9131

Print Form

# COMMUNITY CENTER RENTAL REQUEST FORM

* PRCS accepts cash, MasterCard, VISA or money order only for payment of all community center rental fees and permits.
* All necessary rental forms, permits and payments must be completed, signed & submitted no later one full week prior to requested event.
* Two (2) hour minimum rental Monday-Thursday. Four (4) hour minimum rental Friday-Sunday.
* An approved permit is only valid if is accompanied by a paid receipt.

Today's Date: **8/2/19**    Community Center Requested: LAKEVIEW

Date(s) of Reservation: 8/15/19 - 10/15/19    Time Start/End: All Day

Purpose of Reservation: Lantern Festival at the Racine Zoo    Expected Attendance: 30

Renter's Name: Beth Heidorn    Organization (if any): Racine Zoo

Street Address: 200 Goold Street    City: Racine    St: WI    Zip: 53402

Email Address: bheidorn@racinezoo.org    Telephone #: 262-636-9291

Alternate Contact Name: Chelsea Locke    Alternate Contact Telephone #: 239-595-4962

| Question | Yes | No | Question | Yes | No |
|---|---|---|---|---|---|
| Will admission be charged? | ☐ | ☒ | Will donations be solicited? | ☐ | ☒ |
| Will food or merchandise be sold? | ☐ | ☒ | Is this a sporting event? | ☐ | ☒ |
| Will malt beverages be sold? | ☐ | ☒ | Will tables & chairs be needed? | ☐ | ☐ |
| Will malt beverages be consumed? | ☐ | ☒ | Chairs # ___ Tables # ___ | | |

Other set up requests:

**\*PLEASE COMPLETE SET UP ARRANGEMENT FORM ON THE REVERSE SIDE**

**PLEASE NOTE:**
\*Consumption of malt beverages at all PRCS Community Centers requires the purchase of a Malt Beverage Permit and payment of a special usage fee.

\*Two (2) off-duty Racine Police Officers per 75 guests are required at any event where alcohol beverages are present. Off-duty Racine Police Officers may be required at any events at the discretion of the Community Center Supervisor. Names of police officers and telephone numbers must be submitted one week prior to the event. The payment of the cost of providing off-duty Racine Police Officers is the responsibility of the renter.

☐ Off duty Racine Police Officers required.

**RENTAL AGREEMENT**
In consideration of the mutual covenants herein agreed to, sponsoring agency or private group hereby agrees to indemnify and hold harmless the city of Racine, its departments, officers, agents and employees for any costs, damages, expenses or liability for personal injuries, death or property damage arising out of the sponsoring agency or private group's use of the community center.

* The Community Center is not responsible for lost or stolen articles.
* Due to unforeseen circumstances, cancellation may occur up to 24 hours prior to scheduled activity.
* Sponsoring agency or private group agrees to provide an adequate number of chaperones.
* Sponsoring agency or private group agrees to pay security deposit fee by MasterCard, Visa, cash or money order no later than one week prior to event; deposit fee will be returned to payee via check no less than two weeks after the event has concluded provided the rented area is clean and undamaged.
* **Sponsoring agency or private group must provide the required number of off-duty Racine Police Officers as applicable.**
* **Sponsoring agency or private group assumes responsibility for any and all damages done to the center &/or to its contents as well as for any and all center equipment that may come up missing during the time of the rental.**

Renter's Signature: _[signature]_    Date: 8/2/2019
Center Supervisor's Signature: _____    Date: _____