# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

FIREMAN'S FUND INSURANCE COMPANY,
as subrogee of City of Racine,

                                                    Case No.21-CV-642-PP

    Plaintiff,

v.

RACINE ZOOLOGICAL SOCIETY,

    Defendant/Third-Party Plaintiff,

v.

CHINA LANTERN INTERNATIONAL, LLC d/b/a
ZIGONG LANTERN GROUP, a dissolved North
Carolina Limited Liability Company.

    Third-Party Defendant.

_____/

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff, Fireman's Fund Insurance Company, as subrogee of City of Racine, Defendant/Third-Party Plaintiff, Racine Zoological Society, and Third-Party Defendant, China Lantern International, LLC d/b/a Zigzong Lantern Group, a dissolved North Carolina LLC (collectively referred to herein as the "Parties"), stipulate and agree that the terms and conditions of the proposed Protective Order attached hereto are applicable to and govern depositions, documents and tangible things produced in response to requests for production thereof, answers to interrogatories, responses to requests for admissions, and all other discovery taken pursuant to applicable rules governing discovery, as well as testimony adduced at trial, matters in evidence, and other information and documents exchanged by the parties in the captioned action or produced by a third party, which the disclosing party designates as CONFIDENTIAL or ATTORNEYS' EYES ONLY. The stipulation and agreement will permit the parties to exchange sensitive

documents and information in an effort to narrow the issues and facilitate prompt resolution of this matter.

Accordingly, the Parties respectfully request that the Court grant this motion and enter the Protective Order attached hereto.

Respectfully Submitted,

Philip T. Carroll, Esq.
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Phone: (312) 382-3147
pcarroll@cozen.com
*Attorneys for Plaintiff,*
*Fireman's Fund Insurance Company,*
*as subrogee of City of Racine.*
Dated: August 27, 2021
s/ *Philip T. Carroll*

Andrew R. Rider, Esq.
CRIVELLO CARLSON, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722
Email: arider@crivellocarlson.com
*Attorneys for Defendant/Cross-Plaintiff,*
*Racine Zoological Society.*
Dated: August 27, 2021
s/ *Andrew R. Rider*

Thomas Hunker, Esq.
HUNKER APPEALS
300 SE 2nd Street, Suite 600
Fort Lauderdale, FL 33301
Phone: 877-841-8808
Email: thomas@hunkerappeals.com
*Attorneys for Third-Party Defendant,*
*China Lantern International, LLC*
*d/b/a Zigong Lantern Group,*
*a dissolved North Carolina, LLC.*
Dated: August 27, 2021
s/ *Thomas L. Hunker*

2