IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

FIREMAN'S FUND INSURANCE COMPANY,
as subrogee of City of Racine,

       Plaintiff,                              Case No.:  21-CV-642

v.

RACINE ZOOLOGICAL SOCIETY,

       Defendant/Third-Party Plaintiff

v.

CHINA LANTERN INTERNATIONAL, LLC
d/b/a ZIGONG LANTERN GROUP, a dissolved
North Carolina Limited Liability Company.

       Third-Party Defendant.

---

**STIPULATION TO EXTEND DEADLINE
TO RESPOND TO THIRD-PARTY COMPLAINT**

---

      IT IS HEREBY STIPULATED and agreed between the parties that Third-Party Defendant China Lantern International, LLC d/b/a Zigong Lantern Group, a dissolved North Carolina Limited Liability Company, shall have until ten days after the proposed protective order filed on August 27, 2021 is either approved or denied by order of the court to respond to Defendant/Third-Party Plaintiff Racine Zoological Society's Third-Party Complaint.

      Dated: August 27, 2021.

                          CRIVELLO CARLSON, S.C.
                          Attorneys for Defendant, Racine Zoological Society

                          By: *s/Andrew R. Rider*
                                 TRAVIS J. RHOADES
                               State Bar No. 1033267
                               ANDREW R. RIDER
                               State Bar No. 1092728

HUNKER APPEALS
Attorneys for Defendant,
China Lantern International
By: *Thomas L. Hunker*

      Thomas Hunker

COZEN O'CONNOR
Attorneys for Plaintiff,
Fireman's Fund Insurance Company
By: *Phillip T. Carroll*

      Phillip T. Carroll

Post Office Address:
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone:  414-271-7722
Email: trhoades@crivellocarlson.com
       arider@crivellocarlson.com