UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CASE NO.: 21-CV-642

FIREMAN'S FUND INSURANCE COMPANY,

    Plaintiff,

v.

RACINE ZOOLOGICAL SOCIETY,

    Defendant, Third Party Plaintiff

v.

CHINA LANTERN INTERNATIONAL, LLC
d/b/a ZIGONG LANTERN GROUP,

    Third-Party Defendant.

_____/

## AGREED MOTION FOR EXTENSION OF TIME

    COMES NOW Third-Party Defendant, CHINA LANTERN INTERNATIONAL, LLC d/b/a ZIGONG LANTERN GROUP by and through the undersigned attorneys, hereby files this Motion for Extension of Time to Respond to Third-Party Plaintiff, RACINE ZOOLOGICAL SOCIETY'S THIRD-PARTY AMENDED COMPLAINT, and as grounds therefore state as follows:

    1.    Third-Party Plaintiff filed its Amended Complaint on October 29, 2021.

    2.    To facilitate narrowing the issues without unnecessary litigation, the Parties agree to additional time for Third-Party Defendant to file its Response until November 30, 2021.

    3.    This Motion for Extension of Time is not being filed for any improper purpose or delay and the Third-Party Plaintiff will suffer no prejudice by the enlargement of time.

    4.    Undersigned certifies that he conferred with Andrew Rider, counsel for Third-Party Plaintiff, and is authorized to represent that Third-Party Plaintiff does not object to this extension.

WHEREFORE, Third-Party Defendant respectfully requests that this Honorable Court grant the Third-Party Defendant's Motion for Extension of Time to Respond to the Third-Party Plaintiff's Amended Complaint, and any other relief deemed just and appropriate in light of the foregoing.

By: s/ Thomas Hunker
THOMAS HUNKER
Florida Bar No.: 38325

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Thomas Hunker, Esq.
HUNKER APPEALS
110 SE 6th St., Suite 2330
Fort Lauderdale, FL 33301
Phone: 877-841-8808
Email: thomas@hunkerappeals.com
Email: tamara@hunkerappeals.com
*Attorney for Third-Party Defendant,*
*China Lantern International, LLC*
*d/b/a Zigong Lantern Group,*
*a dissolved North Carolina, LLC.*
Dated: November 29, 2021
s/ *Thomas L. Hunker*

**SERVICE LIST**
Travis Rhoades, Esq.
Andrew Rider, Esq.
CRIVELLO CARLSON, S.C.
710 N. Plankinton Ave., Suite 500
Milwaukee, WI 53203
trhoades@crivellocarlson.com
arider@crivellocarlson.com
*Attorneys for Defendant/Third Party Plaintiff,*
*Racine Zoological Society*

Phillip T. Carroll, Esq.

COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
pcarroll@cozen.com
*Attorneys for Plaintiff,*
*Fireman's Fund Insurance Company,*
*as subrogee of City of Racine.*