# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

## Civil action No. 21-cv-642

**FIREMAN'S FUND INSURANCE COMPANY**
as subrogee of the city of Racine

v.

**RACINE ZOOLOGICAL SOCIETY**

v.

**CHINA LANTERN INTERNATIONAL GROUP, LLC**
d/b/a **ZIGONG LANTERN GROUP,**

and

**ZIGONG LANTERN CULTURE INDUSTRY GROUP CO., LTD.**

Third Party Defendants

## Affidavit of Non-Service

I, Matthew Rose, owner of Rose International Protection & Investigation, LLC, a Florida licensed private investigation agency (FL# A1700154), who possess process service licenses in the 9th & 10th Circuit Courts (Covering Osceola, Orange & Polk Counties), received the **SUMMONS (Civil Action)** from Taylor Janasik on Friday, November 12, 2021 @ 5:28pm.

**11/16/21 – SERVICE ATTEMPT –** Orange County Convention Center South Concourse - 9899 International Dr, Orlando, FL 32819. This was the confirmed location for the IAAPA Expo. The served checked the attendee's information area and confirmed **Zigong Lantern Culture Industry Group Co., Ltd** was not present at the expo. The information was relayed while onsite to the attorney, Andrew Rider.

Subscribed and sworn to me on the 8th day of DEC, 21 by the affiant who is personally known to me

_____
NOTARY PUBLIC

PHILLIP LEE LENGER
Notary Public - State of FLORIDA
Commission # HH 097320
My Commission Expires Feb. 24, 2025