UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CASE NO.: 21-CV-642

FIREMAN'S FUND INSURANCE COMPANY,

    Plaintiff,

v.

RACINE ZOOLOGICAL SOCIETY,

    Defendant, Third Party Plaintiff

v.

CHINA LANTERN INTERNATIONAL, LLC
d/b/a ZIGONG LANTERN GROUP,

    Third-Party Defendant.

_____/

## CHINA LANTERN NC'S[1] NOTICE OF PROVIDING SUPPLEMENTAL DOCUMENTS IN RESPONSE TO SOCIETY'S[2] REQUEST FOR PRODUCTION

China Lantern NC by and through undersigned counsel, hereby gives notice of Serving of supplemental documents in response to Society's Request for Production.

**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**

---

1. "China Lantern NC" refers to Third-Party Defendant, CHINA LANTERN INTERNATIONAL, LLC d/b/a ZIGONG LANTERN GROUP, a now dissolved North Carolina LLC which was organized in North Carolina at 9729 Corktree Ct., Wake Forest, NC 27587.
2. "Society" refers to Defendant and Third-Party Plaintiff, RACINE ZOOLOGICAL SOCIETY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 15, 2022,** a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*/s/ Keisha K. Hall, Esq.*
HUNKER APPEALS
110 SE 6th St., Suite 2330
Fort Lauderdale, FL 33301
Phone: 877-841-8808
Email: thomas.hunker@hunkerappeals.com
Email: keisha.hall@hunkerappeals.com
Email: tamara.mihajlovic@hunkerappeals.com
Email: stefanie.eiermann@hunkerappeals.com
*Attorney for Third-Party Defendant,
China Lantern International, LLC
d/b/a Zigong Lantern Group, a now dissolved
North Carolina LLC which was organized in
North Carolina at 9729 Corktree Court,
Wake Forest, NC 27587*

**SERVICE LIST**
Travis Rhoades, Esq.
Andrew Rider, Esq.
CRIVELLO CARLSON, S.C.
710 N. Plankinton Ave., Suite 500
Milwaukee, WI 53203
trhoades@crivellocarlson.com
arider@crivellocarlson.com
*Attorneys for Defendant/Third Party Plaintiff,
Racine Zoological Society*

Page **2** of **2**
HUNKER APPEALS
110 Southeast 6th Street, Suite 2330, Ft. Lauderdale, Fl 33301 Ph. 877.841.8808 Fax 954.477.7313

Case 2:21-cv-00642-PP   Filed 03/15/22   Page 2 of 2   Document 67